A CERTIFIED TRUE COPY

FEB 1 9 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 31 2008

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2008 FEB 21 A II: 20

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: TYCO INTERNATIONAL, LTD., SECURITIES,
DERIVATIVE & "ERISA" LITIGATION

Teacher Retirement System of Texas, et al. v. Tyco
International, Ltd., et al., D. New Jersey,
C.A. No. 2:07-5704

MDL No. 1335

## CONDITIONAL TRANSFER ORDER (CTO-27)

On April 26, 2000, the Panel transferred 11 civil actions to the United States District Court for the District of New Hampshire for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 71 additional actions have been transferred to the District of New Hampshire. With the consent of that court, all such actions have been assigned to the Honorable Paul J. Barbadoro.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of New Hampshire and assigned to Judge Barbadoro.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of New Hampshire for the reasons stated in the order of April 26, 2000, and, with the consent of that court, assigned to the Honorable Paul J. Barbadoro.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Hampshire. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 1 9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION