|  |  |  |
|---|---|---|
| **TEACHER RETIREMENT SYSTEM OF TEXAS, et al.,** | : : : | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY** |
| **Plaintiff(s),** | : : |  |
| -vs- | : : | Hon. William J. Martini Civil Action No. 07-5704 (WJM) |
| **TYCO INTERNATIONAL, LTD., et al.,** | : : : | **ORDER RESCHEDULING CONFERENCE** |
| **Defendant(s).** | : : |  |

**IT IS** on this 23rd day of July, 2010

**ORDERED** that the status/settlement conference before the undersigned on July 29, 2010, is hereby **rescheduled,** at the request of plaintiffs' counsel, to **Thursday, August 26, 2010** at **10:30 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.

                                                      s/Mark Falk
                                                      **MARK FALK**
                                                      **United States Magistrate Judge**