UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TEACHER RETIREMENT SYSTEM OF TEXAS,**<br><br>                              **Plaintiff,**<br><br>v.<br><br>**TYCO, INTERNATIONAL, LTD.,** *et al.*,<br><br>                              **Defendants.** | Civil Action No. 07-5704 (WJM)<br><br><br>**ORDER SCHEDULING CONFERENCE** |

   **IT IS** on this 25th day of October 2010,

   **ORDERED** that there shall be an **in-person** settlement conference before the Undersigned on **Friday, November 19, 2010, at 10:00 a.m.** at the United States Post Office & Courthouse, 1 Federal Square, Newark, New Jersey 07102.  In addition to counsel, a representative with full settlement authority on behalf of Plaintiff Teacher Retirement System of Texas shall be required to attend the conference **in-person**.  Counsel for Defendant L. Dennis Kozlowski shall undertake all reasonable efforts to have Mr. Kozlowski available by telephone.  Failure to comply with the terms of this Order may result in the imposition of sanctions.  See Fed. R. Civ. P. 16(f), 37.


                                              s/Mark Falk                              
                                              **MARK FALK**
                                              **United States Magistrate Judge**