BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS (*pro hac vice*)
JON F. WORM (*pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
      -and-
MICHAEL BLATCHLEY
1285 Avenue of the Americas
New York, New York 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TEACHER RETIREMENT SYSTEM OF TEXAS, et al.,**<br><br>      **Plaintiffs,**<br><br>v.<br><br>**TYCO INTERNATIONAL LTD., TYCO ELECTRONICS LTD., COVIDIEN LTD., COVIDIEN (U.S.), L. DENNIS KOZLOWSKI, MARK H. SWARTZ, and FRANK E. WALSH, JR.,**<br><br>      **Defendants.** | Civil Action No. 07-cv-05704-WJM<br><br>**AGREED ORDER AND FINAL JUDGMENT OF DISMISSAL AGAINST DEFENDANT MARK H. SWARTZ AND BAR ORDER** |

Plaintiffs Teacher Retirement System of Texas, Fred Alger Management, Inc., CastleRock Fund, Ltd., CastleRock Partners L.P., CastleRock Partners II L.P., CastleRock Asset Management

Personal Accounts, Atticus Global Advisors, Ltd., Atticus International Fund, Ltd., Half Moon Capital Partners, L.P., NR Securities Limited (f/k/a Dred, Ltd.), National Bank of Canada, Omega Capital Partners, L.P., Omega Overseas Partners, Ltd., Omega Capital Investors, L.P., Omega Equity Investors, L.P., Omega Equity Overseas, Ltd., Omega Institutional Partners, L.P., Omega Institutional Partners II, L.P., Beta Equities, Inc., Goldman Sachs Profit Sharing Master Trust, The Ministers and Missionaries Benefit Board of American Baptist Churches, Permal LGC Ltd., Watchung Road Associates, L.P., Mr. Leon G. Cooperman, Mrs. Toby Cooperman, Michael Scott Cooperman, Commonfund Asset Management Company, Inc. and Munder Large-Cap Value Fund (collectively, "Plaintiffs") and Defendant Mark H. Swartz (each a "Settling Party" and collectively, the "Settling Parties"), have represented to the Court that they have entered into a Settlement Agreement and Release ("Settlement Agreement") that resolves all issues between and among them that are involved, set forth, or referred to in the Complaint. All defined terms set forth herein are defined in the Settlement Agreement.

For good cause shown, it is hereby ORDERED that:

1. **Bar Order.** As provided in Section 21D-4(f)(7)(A) of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(f)(7)(A): (a) defendant L. Dennis Kozlowski, and Tyco International Ltd., Covidien Ltd., and Tyco Electronics Ltd. (the "Previously-Settled Defendants," together with Kozlowski the "Non-Released Parties"), and each of them, are hereby permanently barred, enjoined, and restrained from commencing, prosecuting, or asserting any claim for or otherwise seeking contribution against any Settling Party based upon, relating to, or arising out of the Released Claims; and (b) except as provided in paragraph 5 of the accompanying Settlement Agreement, each Settling Party is hereby permanently barred, enjoined, and restrained from commencing, prosecuting, or asserting any claim for contribution

against each other or against any other person based upon, relating to, or arising out of the Released Claims.

2. Because there is no just reason for delaying the entry of a final judgment with respect to the claims asserted by Plaintiffs against Mark H. Swartz, all claims asserted by Plaintiffs against Mark H. Swartz in the Complaint are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 54(b). This action is not dismissed with respect to any claims against Kozlowski.

3. The Clerk is directed to enter this Agreed Order and Final Judgment of Dismissal against Defendant Mark H. Swartz and Bar Order as a final judgment and send a copy of same to all counsel of record.

IT IS SO ORDERED.

Entered: _____, 2010

_____
The Hon. William J. Martini
United States District Judge

We ask for this:

_____
Blair A. Nicholas
*Attorney for Plaintiffs*

_____
Michael Grudberg
*Attorney for Defendant Mark H. Swartz*

3